UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LATOYA FOUST, individually, and on behalf of others similarly situated,

        Plaintiff,

-against-

HF MANAGEMENT SERVICES, LLC d/b/a HEALTHFIRST, a limited liability company,

        Defendant.

23-cv-07314 (KPF) (BM)

**JUDGMENT**

---

Plaintiff and Defendant, by their attorneys, having consented to entry of Judgment without trial or adjudication of any issue of fact or law herein, for settlement purposes only, and without this Judgment constituting any evidence against or an admission by Defendant with respect to any such issue,

**Now, therefore, it is hereby ORDERED, ADJUDGED and DECREED that:**

Judgment be entered in favor of Plaintiff and against Defendant in the amount of Four Thousand Thirty-Five and 29/100th dollars ($4,035.29) plus Plaintiff's costs and reasonable attorneys' fees through the date of Defendant's Offer of Judgment in an amount to be determined by mutual agreement of the parties or, if no agreement is reached, to be determined by the Court following submissions by the parties for and in opposition to the amount of reasonable attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF Dkt. No. 18).

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.
```

SO ORDERED.

Dated: October 24, 2023
      New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE